# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3104

_____

YANIRA LANTIGUA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
David P. Kreider, Judge.

March 8, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Yanira Lantigua, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.